IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-019 (MAJ) |
| ROBINSON ALONZO-DE LA ROSA,<br>Defendant | VIOLATION:<br>8 U.S.C. §§ 1326(a) & (b)(2)<br>(ONE COUNT) |

*RECEIVED & FILED CLERK'S OFFICE JAN 16 2025 US DISTRICT COURT SAN JUAN, PR*

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Re-entry of Removed Alien**
**(Title 8, *United States Code*, Section 1326(a) & (b)(2))**

On or about January 2, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ROBINSON ALONZO-DE LA ROSA,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States subsequent to an aggravated felony conviction, attempted to enter the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(2).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Helena B. Daniel
Special Assistant United States Attorney

Foreperson
Dated: 01/16/2025