EXHIBIT C, THREE-YEAR OLD DAUGHTER

